Sharon Ann **FORMAN**, Plaintiff–Appellant,

v.

**SOUTHERN MOTION, INC.,** Defendant–Appellee.

No. 05–60561.

United States Court of Appeals, Fifth Circuit.

Sept. 22, 2006.

Bobby T. Vance, Batesville, MS, for Plaintiff–Appellant.

Michael Farrell, Mitchell, McNutt & Sams, Jackson, MS, for Defendant–Appellee.

Before JONES, Chief Judge, and REAVLEY and PRADO, Circuit Judges.

PER CURIAM: *

Sharon Forman appeals the district court's order dismissing her sexual harassment claim against Southern Motion, Inc., brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e–2 (2003 & Supp.2006), as well as her state law claims of intentional infliction of emotional distress, negligent retention, and negligent supervision. After reviewing the briefs and pertinent record excerpts and considering the oral arguments of the parties, the court concludes that the district court did not err in deciding that Forman's evidence did not create a genuine issue of material fact as to either a quid pro quo

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

claim or a hostile work environment claim under Title VII. Further, the district court did not err in granting summary judgment on Forman's state law claims of intentional infliction of emotional distress, negligent retention, and negligent hiring. We therefore AFFIRM the judgment of the district court.

AFFIRMED.